# DECLARATION OF KEITH L. ALTMAN

Keith L. Altman, of full age, hereby certifies as follows:

1. I am the principal of the Law Office of Keith Altman. I submit this Certification in support of the application by Plaintiff Daniel MacDonald, for admission *pro hac vice* of myself, Keith L. Altman, as Counsel for Plaintiff.

2. I am a member in good standing of the following bars: Second, Sixth, Eighth, Ninth and Eleventh Circuit Courts of Appeals, and the United States Supreme Court. (1) Michigan (2017), (2) California (2008), (3) United States District Court for the Eastern District of Michigan (2015), (4) United States District Court for the Western District of Michigan (2011), (5) United States District Court for the District of Maryland (2017), (6) United States District Court for the Southern District of California (2008), (7) United States District Court for the Eastern District of California (2017), United States District Court for the Central District of California (2013), (8) United States District Court for the Northern District of California (2011), (9) Second Circuit Court of Appeals (2017), (10) Sixth Circuit Court of Appeals (2018), (11) Eighth Circuit Court of Appeals (2017), (12) Ninth Circuit Court of Appeals (2018), (13) Eleventh Circuit Court of Appeals (2017) and (14) United States Supreme Court (2012);

3. The names and addresses of the officials or offices maintaining the roll of such members of the bars listed above are as follows:

**Michigan State Bar**
Michael Franck Building
306 Townsend St.
Lansing, MI 48933-2012
(517) 346-6300

**California State Bar**
180 Howard St.
San Francisco, CA 94105
(415) 538-2000

**Eastern District of Michigan**
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

**Western District of Michigan**
Thomas L. Dorwin Clerk of Court
399 Federal Building
110 Michigan NW
Grand Rapids, MI 49503
(616) 456-2381

**Southern District of California**
James M. Carter and Judith N. Keep US Courthouse
333 West Broadway Suite 420
San Diego, CA 92101
(619) 557-5600

**Central District of California**
Kiry K. Gray Clerk of Court
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012
(213) 894-1565

**Northern District of California**
Susan Y. Soong Clerk of Court
450 Golden Gate Avenue 16th floor
San Francisco, CA 94102

(415) 522-2000

**Eastern District of California**
Robert T. Matsui Federal Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814
(916) 930-4000

**District of Maryland**
101 West Lombard Street
Baltimore, MD 21201
(410) 962-2600

**Second Circuit Court of Appeals**
Catherine O'Hagan Clerk of Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
(212) 857-8585

**Sixth Circuit Court of Appeals**
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
(513) 564-7000

**Eighth Circuit Court of Appeals**
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102
(314) 244-2400

**Ninth Circuit Court of Appeals**
Molly C. Dwyer Clerk of Court
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103
(415) 355-8000

**Eleventh Circuit Court of Appeals**
David J. Smith Clerk of Court
540 Potter Stewart U.S. Courthouse
56 Forsyth St., N.W.
Atlanta, Georgia 30303
(404) 335-6100

**United States Supreme Court**
1 First St NE
Washington, D.C. 20543
(202) 479-3000

4. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline previously been imposed against me within the past five years;

5. I understand that I am required to promptly advise the Court of the disposition of any pending disciplinary charges, or the institution of new disciplinary proceedings; and

6. I understand that I shall be bound by the Local Rules, and within the disciplinary jurisdiction of this Court throughout the period of admission *pro hac vice*.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 15, 2020                    _____
                                          Keith L. Altman, Esq.