# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | |
|---|---|
| Daniel MacDonald | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| The University of Alaska, (See Attached) | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  1:20-00001-SLG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sara Childress
Office of Equity and Compliance
University of Alaska Anchorage
3211 Providence Drive
Anchorage, AK 99508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375,
Farmington Hills, MI 48331, 516-456-5885, kaltman@lawampmmt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**Keith Altman (*pro hac vice to be applied for*)**
**The Law Office of Keith Altman**
**33228 West 12 Mile Road, Suite 375**
**Farmington Hills, MI 48334**
**(516)456-5885**
**kaltman@lawampmmt.com**

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>          PLAINTIFF,<br><br>V.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25 | COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S COMPLAINT FOR VIOLATIONS OF DUE PROCESS RIGHTS UNDER THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION, BREACH OF CONTRACT, BREACH OF EXPRESS WARRANTY, AND NEGLIGENCE**
