Keith Altman (*pro hac vice*)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516)456-5885
kaltman@lawampmmt.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>         PLAINTIFF,<br><br>V.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25<br><br>         DEFENDANTS. | Case: 1:20-cv-00001-SLG<br>Hon: Sharon L. Gleason |

**INDEX OF EXHIBITS TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NOW COMES Plaintiff, Daniel MacDonald, by and through his attorney Keith Altman of the Law Office of Keith Altman, for an index of exhibits to his emergency Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65.

- Exhibit A: A true and correct copy of the April 19, 2020 declaration of Daniel MacDonald.
- Exhibit B: A true and correct copy of the sexual harassment policy of the Regents of the University of Alaska, Part I, Chapter 01.04 downloaded from the University of Alaska Website.
- Exhibit C: A true and correct copy of a letter dated from the University of Alaska to Daniel MacDonald dated November 8, 2019.
- Exhibit D: A true and correct copy of a letter from Daniel MacDonald to Chase Parkey of the University of Alaska dated January 27, 2020.
- Exhibit E: A true and correct copy of an email from Sara Childress to Daniel MacDonald dated March 2, 2020.
- Exhibit F: A true and correct copy of an email from Daniel MacDonald to Sara Childress dated March 3, 2020.
- Exhibit G: A true and correct copy of an email from Sara Childress to Daniel MacDonald dated April 14, 2020.

Respectfully submitted,

Dated: April 19, 2020      <u>/s/ Keith L. Altman</u>
             Keith Altman (*pro hac vice*)
             The Law Office of Keith Altman
             33228 West 12 Mile Road, Suite 375
             Farmington Hills, MI 48334
             (516)456-5885
             kaltman@lawampmmt.com

             *Attorney for Plaintiff*