# EXHIBIT C



**Office of Equity and Compliance**
UNIVERSITY *of* ALASKA ANCHORAGE

3211 Providence Drive, ULB 106
Anchorage, Alaska 99508-4614
T 907.786.0818 • F 907.786.4743
uaa_titleix@alaska.edu

November 8, 2019

Daniel MacDonald
dpmacdonald@alaska.edu

Dear Daniel,

As the Director of the Office of Equity and Compliance and the Title IX Coordinator at the University of Alaska Anchorage. I am working with Chase Parkey, the University of Alaska Southeast (UAS) Acting Title IX Coordinator.

The UAS Title IX office has received a report alleging that you may have violated provisions contained in the University of Alaska Board of Regents Policy and Regulation, Chapter 01.04 (https://www.alaska.edu/bor/policy/01-04.pdf), which prohibits sex and gender based discrimination. In addition,
- Sexual Harassment – Multiple incidents of sexual harassment towards UAS students have been alleged, beginning in the Fall 2018 semester and continuing into the Fall 2019 semester.
- Non Consensual Sexual Contact – There has been allegations of non consensual sexual contact with a UAS student in the Fall 2019 semester.

The UAA Title IX office is conducting an administrative investigation regarding these reports. This message is to notify you that you are the respondent in the investigation.

I serve as a support to you during this investigation, which will be conducted by Chase Parkey, UAS Acting Title IX Coordinator. Chase will be in touch with you soon to set up a meeting. You will have an opportunity to respond to the allegation(s) and present relevant information or evidence, and you are entitled to bring an advocate of your choice to this meeting. Advocate information and guidelines are attached. If you choose not to participate, the investigation will be completed using available information and a finding will be issued determining whether you are responsible for any UA policy violation(s).

We recognize that being the subject of an investigation is stressful. Students may receive counseling from the UAS Student Health and Counseling Center. Appointments may be made by calling 907-796-6000 from 8am to 5pm., Monday through Friday. I am also including information regarding respondent rights and resources in this email.

You have a right to know the status of the investigation as it proceeds and may contact either Chase or myself for updates. I can be reached at 907-786-6086 or sgchildress@alaska.edu. At the conclusion of any investigation, you and the other parties will be simultaneously informed of the outcome in writing and the outcome may be forwarded to the UAS Dean of Students office to determine any appropriate next steps.

UA is an AA/EO employer and educational institution and prohibits illegal discrimination against any individual: www.alaska.edu/nondiscrimination

Case 1:20-cv-00001-SLG   Document 11-4   Filed 04/19/20   Page 2 of 3

Effective immediately, you are to have no contact with Ms. Pfender about the investigation. This would include in-person, in writing, via technology, or contact through a third party. We recognize that there are practical, day-to-day activities that take place where you might see her in various buildings, however, communication must occur while the investigation is ongoing.

In the meantime, please understand that retaliation of any type is prohibited by University of Alaska Regents' Policy and University Regulation and allegations of retaliation will also be investigated. Therefore, you must not engage in retaliatory action, either directly or indirectly, against any person(s) involved in this matter. If you are subjected to retaliatory behavior please contact Chase or me immediately so that we can assist you.

These directives are temporary protective interim measures. They are not an indication that the University has made any determination regarding the allegations, rather it is a method of protecting individuals while the investigation takes place.

The Title IX office will conduct a prompt and impartial investigation. Please familiarize yourself with the respondent rights and resources attached to this message. Information regarding the full Title IX process, additional resources, and jurisdictional information are accessible in the University of Alaska's Board of Regents Policy and Regulation. For your reference, this matter has been assigned Maxient case #20192151.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*Sara Childress*

Sara Childress
UAA Office of Equity and Compliance
Director and Title IX Coordinator


Attachment: UAS Rights of Responding Party, UAS Advocate Information

Cc: Chase Parkey, UAS Acting Title IX Coordinator