# EXHIBIT E





**From:** Sara Childress <sgchildress@alaska.edu>
**Sent:** Monday, March 2, 2020 3:32:32 PM
**To:** Daniel MacDonald <danpmacd@hotmail.com>
**Subject:** UAS Investigation 20192151

Good afternoon Danny,
I wanted to let you know that this investigation is being reassigned, and Chase Parkey is no longer the investigator. I will remain as the Coordinator on this case, so please let me know if you need support or assistance, or if you have any questions. As soon as the new investigator is named, I will provide you with that information promptly.

Thank you. I apologize for any inconvenience, as well as the delay that this will cause.

Sara Childress
907.786.6086

--
Sara Childress, MSW
*Director/Title IX Coordinator*
Office of Equity & Compliance
University of Alaska, Anchorage
907.786.6086



