# EXHIBIT F



From: **Daniel MacDonald** <danpmacd@hotmail.com>
Date: Tue, Mar 3, 2020 at 12:16 PM
Subject: Re: UAS Investigation 20192151
To: Sara Childress <sgchildress@alaska.edu>
Cc: Joseph Lento <joseph@studentdisciplinedefense.com>

Dear Ms. Childress,
Hello.  Please allow us to follow up per your email to Daniel yesterday.  It was indicated that Daniel's case would be reassigned.  We believe it appropriate that this matter not be re-assigned and that the matter be closed.  Daniel was first contacted regarding this matter on September 30, 2019, and was again contacted on November 8, 2019.  It has been close to 4 months, and as long as over 5 months that Daniel has been burdened by this process and the school's failures to adequately investigate and timely resolve this matter.  Although we understand you are familiar, we note the following per the school's policies:

> C.  Investigative Timeline
>
> 1.  Within approximately 50 calendar days from the date the complaint was filed, the final investigative report will be completed and the Title IX coordinator will notify the parties of the outcome of the investigation and forward any findings of responsibility along with the investigative report and relevant documentation to the appropriate discipline authority.
>
> 2.  Any timeline associated with the formal resolution process, including appeals, may be extended for good cause. Good cause may exist for a variety of factors, including the complexity of the circumstances of each allegation, the availability of individuals and evidence relevant to the investigation, to comply with a request by law enforcement, school breaks, or to address other legitimate reasons. The Title IX staff may extend a deadline for good cause; alternatively, the complainant or respondent may request an extension with a showing of good cause.
>
> 3.  If the investigation is extended for good cause, the Title IX coordinator will notify both parties of the delay and its anticipated duration.

The above time frames have not been met in substance or spirit.  Good cause certainly would not be the proposed re-assignment of an investigator after a flawed investigative process.  Additionally, we have information that the witnesses in this matter have been tainted by the flawed investigation.  To have a new investigator assigned at this stage would not allow for a fair and equitable investigation and resolution.

We appreciate the school's attention to our above concerns.

Thank you.
Sincerely,
Daniel MacDonald and Joseph D. Lento

---

**From:** Sara Childress <sgchildress@alaska.edu>
**Sent:** Monday, March 2, 2020 3:32 PM
**To:** Daniel MacDonald <danpmacd@hotmail.com>
**Subject:** UAS Investigation 20192151

Good afternoon Danny,
I wanted to let you know that this investigation is being reassigned, and Chase Parkey is no longer the investigator. I will remain as the Coordinator on this case, so please let me know if you need support or assistance, or if you have any questions. As soon as the new investigator is named, I will provide you with that information promptly.

Thank you. I apologize for any inconvenience, as well as the delay that this will cause.

Sara Childress
907.786.6086

--
Sara Childress, MSW
*Director/Title IX Coordinator*
Office of Equity & Compliance
University of Alaska, Anchorage
907.786.6086

