# EXHIBIT G

**From:** Sara Childress <sgchildress@alaska.edu>
**Sent:** Tuesday, April 14, 2020 11:07:03 AM
**To:** Daniel MacDonald <danpmacd@hotmail.com>
**Subject:** UAA Office of Equity and Compliance

Good morning Danny,
When I gave you a call this morning, you declined to speak with me and requested that we only communicate via email. I sent you an email on April 12, in regards to your inquiry on the transcripts and the investigative report. I have not received a response to that email.

For further clarification, the investigator has contacted you with an opportunity to interview with him. If he has not received a response from you by the close of this week (COB on 4/17) with a scheduled interview time, he will move forward with the investigative process with the information that he has.

You were provided the evidence to review following the initial interviews You will be provided that opportunity again following the interviews with Mr. Tillinghast. After that final evidence review, Mr. Tillinghast will compile an investigative report with his recommended findings.

Again, if there is not any response by the end of the week, we will move forward with the investigation without your participation. As you stated to me on the phone this morning, this email is your requested method of communication.

Understanding the stress of the situation, please let me know if there is any support or assistance that I can help you with.

Take care,
Sara

--
Sara Childress, MSW

*Director/Title IX Coordinator*

Office of Equity & Compliance

University of Alaska, Anchorage

907.786.6086

**[CLICK HERE TO MAKE A REPORT](#)**

