UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>        PLAINTIFF,<br><br>V.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25 | Case: 1:20-cv-00001-SLG<br>Hon: Sharon L. Gleason<br><br>[PROPOSED] ORDER GRAINTING PLAINTIFF'S MOTION OF A PRELIMINARY INJUNCTION |

THIS MATTER comes before the Court on Plaintiff Daniel MacDonald's motion for a preliminary injunction. Having reviewed the papers filed in support of and in opposition to this motion (if any), and being fully advised, the Court finds that Daniel MacDonald has demonstrated both a strong likelihood of success on the merits and the possibility that he faces immediate, irreparable injury from Defendant's conduct. Accordingly, Daniel MacDonald is entitled to provisional injunctive relief, and the Court GRANTS Daniel MacDonald's motion as follows:

    1.    Upon finding that plaintiff Autodesk has carried its burden of showing (a) the possibility of irreparable injury, and (b) a likelihood of success on the merits,

this Preliminary Injunction is granted pursuant to Federal Rule of Civil Procedure 65,), and the inherent equitable powers of the Court.

2. The Court hereby preliminarily RESTRAINS AND ENJOINS Defendant University of Alaska, their agents, servants, employees, attorneys, and all others in active concert or participation with University of Alaska, from continuing to investigate the allegations of misconduct by Plaintiff as outlined in the University's November 8, 2019 letter to Plaintiff.

3. The Court further REQUIRES that Plaintiff Daniel MacDonald be permitted to continue his education at the University of Alaska free of any references to or sanctions from the allegations lodged against him in the University's November 8, 2019 letter.

4. This Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.

5. Having considered the nature of the relief sought, that there will be no significant burden on Defendants from this order, and the resources of the parties, Plaintiff shall not be required to post a bond.

Dated this _____ day of _____, 2020 at _____ a.m./p.m.

_____
Hon. Sharon L. Gleason
United States District Judge