Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA
CHILDRESS IN HER INDIVIDUAL AND
SUPERVISORY CAPACITY, CHASE PARKEY
IN HIS INDIVIDUAL AND SUPERVISORY
CAPACITY, SEAN MCCARTHY, JON
TILLINGHAST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>        Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,<br><br>        Defendant. | Case No. 1:20-cv-00001-SLG |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the Michael E. O'Brien hereby enters an appearance as

counsel for the defendants, the University of Alaska, Sara Childress in her individual and

ENTRY OF APPEARANCE
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2

LEGAL147934518.1

supervisory capacity, Chase Parkey in his individual and supervisory capacity, Sean McCarthy, and Jon Tillinghast, in the above-entitled action.

You are hereby directed to serve copies of all pleadings or papers, except process, upon said attorneys at 1029 West Third Avenue, Suite 300, Anchorage, Alaska 99501.

DATED: April 20, 2020.

**PERKINS COIE LLP**

s/Michael E. O'Brien
Michael E. O'Brien
Alaska Bar No. 0311084

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2

LEGAL147934518.1

Case 1:20-cv-00001-SLG   Document 12   Filed 04/20/20   Page 2 of 2