Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA
CHILDRESS IN HER INDIVIDUAL AND
SUPERVISORY CAPACITY, CHASE
PARKEY IN HIS INDIVIDUAL AND
SUPERVISORY CAPACITY, SEAN
MCCARTHY, JON TILLINGHAST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>  Plaintiff,<br><br> v.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,<br><br>  Defendant. | Case No. 1:20-cv-00001-SLG |

**MOTION TO FILE OVERLENGTH BRIEF**
**AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER

INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS

MOTION TO FILE OVERLENGTH BRIEF AND MEMORANDUM IN
SUPPORT THEREOF
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2

LEGAL148132850.1

Case 1:20-cv-00001-SLG   Document 14   Filed 05/05/20   Page 1 of 2

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST hereby request the Court to accept Defendants' Response to Plaintiff's Renewed Emergency Motion for A Temporary Restraining Order and Preliminary Injunction in excess of the page limitations set forth in Local Civil Rule 7.4. Defendants require additional pages due to the complexity and number of issues raised by the Plaintiff.

DATED: May 5, 2020.

**PERKINS COIE LLP**

s/Michael E. O'Brien_____
Michael E. O'Brien
Alaska Bar No. 0311084

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

MOTION TO FILE OVERLENGTH BRIEF AND MEMORANDUM IN SUPPORT THEREOF
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2

LEGAL148132850.1

Case 1:20-cv-00001-SLG   Document 14   Filed 05/05/20   Page 2 of 2