Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA
CHILDRESS IN HER INDIVIDUAL AND
SUPERVISORY CAPACITY, CHASE
PARKEY IN HIS INDIVIDUAL AND
SUPERVISORY CAPACITY, SEAN
MCCARTHY, JON TILLINGHAST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,<br><br>      Defendant. | Case No. 1:20-cv-00001-SLG |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE OVERLENGTH BRIEF**

THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER

INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS

[PROPOSED] ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF
AND MEMORANDUM IN SUPPORT THEREOF
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2

LEGAL148133537.1

Case 1:20-cv-00001-SLG   Document 14-1   Filed 05/05/20   Page 1 of 2

INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST's Motion to File Overlength Brief is hereby GRANTED. The Court hereby accepts Defendants' overlength brief.

DATED: _____.

_____
Honorable Judge Gleason

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

[PROPOSED] ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF AND MEMORANDUM IN SUPPORT THEREOF
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2

LEGAL148133537.1

Case 1:20-cv-00001-SLG   Document 14-1   Filed 05/05/20   Page 2 of 2