

**UAS Title IX Office**
Hendrickson Building, Suite 202
11066 Auke Lake Way
Juneau, AK 99801
Tel: (907)796-6371
ctparkey@alaska.edu

Date: 02/07/2020

To: Rick Caulfield, Chancellor
Lori Klein, Vice Chancellor Enrollment Management and Student Affairs
Sarah Belmont, Senior Business Partner UAS Campus

From: Chase Parkey, Acting Title IX / EEO / Clery Compliance Coordinator

Re: Withdrawal of Title IX/EEO Coordinator Hiring Process

---

I am respectfully submitting notice of my decision to remove myself from the hiring process for the position of Title IX/EEO Coordinator with the University of Alaska Southeast. This was a difficult decision to make, but one that I believe will be in the best interest of the university.

At this time I am not resigning from the university, but I do feel it is the ethically correct thing to let you know that will be my intention in the near future. My family and I have decided that sometime in spring/early summer we will be leaving Alaska and moving back to the lower 48.

I am extremely grateful for the opportunities afforded me here at UAS and for the trust you have in me serving as the Acting Title IX/EEO/Clery Compliance Coordinator. I will continue to work diligently in this role and serve the university until someone is hired to fill the position or time comes for my family to leave Alaska. It is my intention to provide at least one month's notice before I leave the university.

I apologize for the shortness of timing regarding the notification and upcoming interview. It was not my intention to inconvenience anyone and I apologize for doing so.