Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL MACDONALD,

Plaintiff,

v.

THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,

Defendant.

Case No. 1:20-cv-00001-SLG

# [PROPOSED] ORDER DENYING PLAINTIFF'S RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

[PROPOSED] ORDER DENYING PLAINTIFF'S RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2
LEGAL148136225.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

THIS MATTER having come before the court on Plaintiff's Renewed Emergency Motion for A Temporary Restraining Order and Preliminary Injunction and the court having considered the memoranda of counsel with exhibits cited therein,

IT IS HEREBY ORDERED that the motion is DENIED.

DATED: ______________________.

______________________________________
Honorable Judge Gleason

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

[PROPOSED] ORDER DENYING PLAINTIFF'S RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2

LEGAL148136225.1

Case 1:20-cv-00001-SLG Document 15-2 Filed 05/05/20 Page 2 of 2