Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL MACDONALD,

Plaintiff,

v.

THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,

Defendant.

Case No. 1:20-cv-00001-SLG

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

Defendants' University of Alaska, Sara Childress in her individual and supervisory capacity, Chase Parkey in his individual and supervisory capacity, Sean

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2
LEGAL148586695.1
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

McCarthy, Jon Tillinghast Unopposed Motion for Extension of Time to File their Answer to the Complaint is hereby GRANTED.

Defendants' Answer to the Complaint is due on July 7, 2020.

DATED: ____ day of _______________, 2020.

_______________________________________
Honorable John W. Sedwick
Senior U.S. District Judge, Anchorage

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2
LEGAL148586695.1

Case 1:20-cv-00001-SLG Document 23-1 Filed 06/18/20 Page 2 of 2