Keith Altman (*pro hac vice*)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516)456-5885
kaltman@lawampmmt.com
*Attorney for Plaintiff*

Michael O'Brien
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
(907)263-6947
mobrien@perkinscoie.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br>　　　　PLAINTIFF,<br>V.<br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25<br>　　　　DEFENDANTS. | Case: 1:20-cv-00001-SLG<br>Hon: Sharon L. Gleason |

**JOINT STATUS REPORT**

*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG　　　　　　　　　　　　　　　　　　　　　　　　　　1

The parties in the above matter through their respective counsel hereby provide the following status update.

First, the parties apologize to the Court for the tardy report. There is no excuse.

As to the case itself, on July 7, 2020 Defendant University of Alaska issued its investigative report finding Daniel MacDonald responsible for one of the allegations and not responsible for the other. The parties met and conferred, and it agreed that Plaintiff would file an appeal through UA's Title IX process. On September 3, 2020, Plaintiff filed his appeal with Defendant.

It is expected that UA will need until November 1, 2020 to complete the appeal process. The parties expect that the clock specified in the Joint Rule 26 report of June 16, 2020 (ECF # 22) can begin ticking on November 1, 2020 and the parties will update the Court with a revised Rule 26 report at that time.

| | |
|---|---|
| Dated: September 8, 2020 | /s/ Keith L. Altman <br> Keith Altman (*pro hac vice*) <br> The Law Office of Keith Altman <br> 33228 West 12 Mile Road, Suite 375 <br> Farmington Hills, MI 48334 <br> (516)456-5885 <br> kaltman@lawampmmt.com <br> *Attorney for Plaintiff* |
| | /s/Michael O'Brien <br> Michael O'Brien <br> Perkins Coie LLP <br> 1029 West Third Avenue, Suite 300 <br> Anchorage, AK 99501-1981 <br> (907)263-6947 <br> mobrien@perkinscoie.com <br> *Attorney for Defendants* |