UAA Office of Equity and Compliance
UNIVERSITY of ALASKA ANCHORAGE

3211 Providence Drive, ULB 106
Anchorage, Alaska 99508-4614
T 907.786.0818 • F 907.786.4743
uaa_titleix@alaska.edu

July 8, 2020

Daniel MacDonald
danpmacd@hotmail.com

RE: Outcome of Title IX Complaint

Dear Daniel,
Thank you for your patience during the investigation into the allegation of discrimination reported to this office. The investigation is now complete, and this letter serves to inform you of the outcome and your right to appeal. Please see the summary of findings below.

**OUTCOME:**

Based on the information obtained during the investigation, a preponderance of the evidence does not support a violation of University rule R.01.04.010.B.6 with respect to the facts pertinent to Complainant 1.

Taking into consideration all of the information contained in the evidence and the totality of the circumstances, a preponderance of the evidence does support a violation of University rule R.01.04.010.B.2.c with respect to Complainant 2.

Pursuant to Regents' Policy and University Regulation 01.04.100, both parties have the right to appeal the findings of an investigation. I have included a copy of BOR policy 01.04 for your reference.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Sara Childress
UAA Title IX Coordinator

Enclosures: Investigative Report
Regents' Policy and University Regulation 01.04