Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
THE UNIVERSITY OF ALASKA, SARA
CHILDRESS IN HER INDIVIDUAL AND
SUPERVISORY CAPACITY, CHASE
PARKEY IN HIS INDIVIDUAL AND
SUPERVISORY CAPACITY, SEAN
MCCARTHY, JON TILLINGHAST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,<br><br>    Defendant. | Case No. 1:20-cv-00001-SLG |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on Defendants' Motion for Summary

Judgment, and good cause appearing;

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2

LEGAL149590722.1

Case 1:20-cv-00001-SLG   Document 32-2   Filed 09/18/20   Page 1 of 2

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED: \_\_\_\_ day of _____, 2020.

_____
Honorable Judge Gleason

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2

LEGAL149590722.1