**Keith Altman (*pro hac vice*)**
**The Law Office of Keith Altman**
**33228 West 12 Mile Road, Suite 375**
**Farmington Hills, MI 48334**
**(516)456-5885**
**kaltman@lawampmmt.com**

*Attorney for Plaintiff*

**Michael O'Brien**
**Perkins Coie LLP**
**1029 West Third Avenue, Suite 300**
**Anchorage, AK 99501-1981**
**(907)263-6947**
**mobrien@perkinscoie.com**

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **DANIEL MACDONALD,**<br><br>               **PLAINTIFF,**<br>**V.**<br>**THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25**<br>           **DEFENDANTS.** | **Case: 1:20-cv-00001-SLG**<br>**Hon: Sharon L. Gleason** |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND**

**TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #32)**

MacDonald v. UA, 1:20-cv-00001-SLG                                 1

**NOW COMES** the parties, by and through the Undersigned Counsel, and hereby stipulate to the following subject to the approval of the Court:

1. Defendants filed a motion for summary judgment on September 18, 2020.    ECF # 32.

2. Plaintiffs opposition is due on October 9,2020.

3. Plaintiff requested his opposition be due on October 16, 2020 to which Defendants have agreed.

4. This is Plaintiff's first request for an extension, there is no improper purpose to this extension request and it is not meant to unreasonable delay the proceedings.

<div style="margin-left: 50%;">

Respectfully Submitted,

</div>

Dated: October 6, 2020

<div style="margin-left: 50%;">

/s/ Keith L. Altman
Keith Altman (*pro hac vice*)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516)456-5885
kaltman@lawampmmt.com

*Attorney for Plaintiff*

/s/   Michael O'Brien_____
Michael O'Brien
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
(907)263-6947
mobrien@perkinscoie.com

*Attorney for Defendants*

</div>

MacDonald v. UA, 1:20-cv-00001-SLG

2