UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>            PLAINTIFF,<br><br>V.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25 | Case: 1:20-cv-00001-SLG<br>Hon: Sharon L. Gleason<br><br>[PROPOSED] ORDER GRAINTING THE PARTIES JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #32) |

THIS MATTER comes before the Court on the parties joint stipulation for an extension of time for Plaintiff to respond to Defendants' motion to dismiss (ECF # 32). Having reviewed the joint stipulation, and being fully advised, the Court orders that Plaintiff's opposition to Defendants' motion for summary judgment (ECF #32) shall be due on October 16, 2020.

Dated this _____ day of _____, 2020 at _____ a.m./p.m.

                                                        _____
                                                        Hon. Sharon L. Gleason
                                                        United States District Judge