Michael E. O'Brien
Alaska Bar No. 0311084
MOBrien@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorney for Defendants

Keith Altman (pro hac vice)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516)456-5885
kaltman@lawampmmt.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MACDONALD,<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF ALASKA, SARA CHILDRESS IN HER INDIVIDUAL AND SUPERVISORY CAPACITY, CHASE PARKEY IN HIS INDIVIDUAL AND SUPERVISORY CAPACITY, SEAN MCCARTHY, JON TILLINGHAST, AND JOHN DOES 1-25,<br><br>      Defendants. | Case No. 1:20-cv-00001-SLG |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
AND TOLLING STATUTE**

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND TOLLING STATUTE
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 1 of 2

LEGAL151459728.2

Case 1:20-cv-00001-SLG   Document 41   Filed 02/11/21   Page 1 of 2

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss the above-captioned action without prejudice. The parties further agree the statute shall be tolled from the date the Complaint in this action was filed, April 14, 2020 (ECF No. 1).

DATED: February 11, 2021.

**PERKINS COIE LLP**

s/Michael E. O'Brien_____
Michael E. O'Brien
Alaska Bar No. 0311084

Attorney for Defendants

DATED: February 11, 2021.

**THE LAW OFFICE OF KEITH ALTMAN**

/s/ Keith L. Altman
Keith Altman (*pro hac vice*)

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 1:20-cv-00001-SLG who are registered CM/ECF users will be served by the CM/ECF system.

s/ Michael E. O'Brien

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND TOLLING STATUTE
*MacDonald v. UA, et al.*
Case No. 1:20-cv-00001-SLG
Page 2 of 2

LEGAL151459728.2

Case 1:20-cv-00001-SLG   Document 41   Filed 02/11/21   Page 2 of 2